FILED

09/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0394

_____

JACOB SMITH,

    Petitioner and Appellant,

v.

STATE OF MONTANA, et al.,

    Respondent and Appellee.

_____

**FILED**

**SEP 23 2022**

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant Jacob Smith has filed a motion for extension of time to file a petition for rehearing. Good cause appearing,

    IT IS HEREBY ORDERED that Appellant has until October 20, 2022, to file his petition for rehearing.

    No further extensions will be granted.

    DATED this 23rd day of September, 2022.

                    For the Court,

                    _____
                           Chief Justice